UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 6, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00071-JAM-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JOHN A. OWENS, JR., | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN A. OWENS, JR. Case No. 2:17-cr-00071-JAM-2 Charge 18 USC §37; 26 USC §7206(2) from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_

**X** Unsecured Appearance Bond $ 25,000 co-signed by Brittony Cooper

\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_ Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): Pretrial conditions as stated on the record in open court.

Issued at Sacramento, California on July 6, 2017 at 2:00 PM

By: _[signature]_

Magistrate Judge Kendall J. Newman