PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00071-JAM |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER |
| v. | |
| SEQUIOYA D. HARRIS,<br>    aka Sequioya D. Thomas<br>JOHN A. OWENS JR.,<br>DIONNE M. THOMAS, and<br>JOSE E. RODRIGUEZ JR.,<br>                                    Defendants. | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain

sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this

matter, or to defendants SEQUIOYA D. HARRIS aka Sequioya D. Thomas, JOHN A. OWENS JR.,

DIONNE M. THOMAS, and JOSE E. RODRIGUEZ, JR. in this case as provided below;

WHEREAS, the sensitive but unclassified discovery materials at issue include information

pertaining to various taxpayers in this case, including personal identifying information such as social

security numbers, addresses, phone numbers, birthdates, and also including their tax and personal

financial information;

WHEREAS, such sensitive but unclassified discovery materials shall be identified as sensitive

and subject to a protective order at the time of disclosure, whether on the documents or other materials

1   (e.g., CDs/DVDs) themselves or in an accompanying cover letter;

2       WHEREAS, the parties agree that entry of a stipulated protective order is appropriate, and that a

3   private agreement is not appropriate in light of the nature of the information at issue and the charges in

4   this case; and

5       WHEREAS, the defendants, SEQUIOYA D. HARRIS aka Sequioya D. Thomas, JOHN A.

6   OWENS JR., DIONNE M. THOMAS, and JOSE E. RODRIGUEZ, JR., have counsel ("Defense

7   Counsel") who wishes the opportunity to review the discovery;

8       Defendants SEQUIOYA D. HARRIS aka Sequioya D. Thomas, JOHN A. OWENS JR.,

9   DIONNE M. THOMAS, and JOSE E. RODRIGUEZ, JR., and plaintiff United States of America, by

10  and through their undersigned counsel of record, hereby agree and stipulate as follows:

11      1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

12  Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

13      2.      This Order pertains to all discovery provided to or made available to Defense Counsel

14  that is specifically identified as sensitive because it contains personal financial information or personal

15  identifying information as set forth in paragraph 8 below and subject to a protective order in this case

16  (hereafter, collectively known as "the protected discovery").

17      3.      Defense counsel shall not disclose any of the protected discovery to any person other than

18  their respective defendant/client, witnesses that they are interviewing or preparing for trial, or attorneys,

19  law clerks, paralegals, secretaries, experts, and investigators involved in the representation of  the

20  defendant in connection to this criminal case.  If the defendants are being held in custody, Defense

21  Counsel shall not leave any of the protected discovery with defendants at the jail or other institution

22  where the defendants are being held.

23      4.      The protected discovery and information therein may only be used in connection with the

24  litigation of this case and for no other purpose.  The protected discovery is now and will forever remain

25  the property of the United States Government.  Defense counsel will return the protected discovery or

26  certify that it has been shredded at the conclusion of the case and defense counsel's document retention

27  obligations.

28      5.      In the event that the defendant obtains substitute counsel, undersigned defense counsel

Stipulation & [Proposed] Protective Order                    2
U.S. v. Harris, et al. 2:17-CR-00071 JAM

1 agrees to return all discovery provided under this order to government counsel, in order that the

2 government may arrange for substituted counsel to sign the order and the reissuance of the discovery to

3 new counsel.

4      6.    Defense counsel will store the discovery in a secure place and will use reasonable care to

5 ensure that it is not disclosed to third persons in violation of this agreement.

6      7.    If defense counsel makes, or causes to be made, any further copies of any of the

7 protected discovery, defense counsel will inscribe the following notation on each copy or incorporate

8 onto electronic files (efiles): "U.S. Government Property; May Not Be Disseminated Without U.S.

9 Government Permission."

10      8.    If defense counsel releases custody of any of the protected discovery, or authorized

11 copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients

12 with copies of this Order and advise that person that the protected discovery is the property of the United

13 States Government, that the protected discovery and information therein may only be used in connection

14 with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery

15 may constitute a violation of law and/or contempt of court.  Defense counsel will not release custody of

16 reports of witness statements, tax records, banking records, or other records containing the personal

17 identifying information of individuals to any defendant or any other person who is not employed by

18 defense counsel, with the exception that each counsel may release to his or her respective client that

19 client's own tax records, banking records, and personal identifying information.  This provision is

20 intended to protect third party confidential and personal information from disclosure.

21      9.    Defense counsel shall advise government counsel of any subpoenas, document requests

22 or claims for access to the protected discovery by third parties in order that the government may take

23 action to resist or comply with such demands as it may deem appropriate.

24      10.    Defense counsel shall be responsible for advising his or her respective defendant,

25 employees and other members of the defense team, and defense witnesses of the contents of this

26 Stipulation/Order.  Defense counsel shall not provide or make available to any person described in

27 paragraph three the protected discovery until that individual agrees in writing to be bound by the

28 contents of this Stipulation/Order.

Stipulation & [Proposed] Protective Order     3
U.S. v. Harris, et al. 2:17-CR-00071 JAM

1    11.    Nothing in this stipulation and order shall preclude a party from seeking a more

2  restrictive protective order or other court order with regard to particular discovery items.

3         IT IS SO STIPULATED.

4  Dated:  July 13, 2017                                Respectfully submitted,

5
                                                        PHILLIP A. TALBERT
6                                                       United States Attorney

7                                              By:    /s/  Christopher S. Hales
                                                      CHRISTOPHER S. HALES
8                                                     Assistant U.S. Attorney

9

10                                             By:    /s/ Robert M. Wilson
                                                      ROBERT M. WILSON
11                                                    Counsel for DIONNE M. THOMAS

12

13                                             By:    /s/ Olaf W. Hedberg
                                                      OLAF W. HEDBERG
14                                                    Counsel for JOSE E. RODRIGUEZ, JR.

15

16                                             By:    /s/ Kresta Daly
                                                      KRESTA DALY
17                                                    Counsel for JOHN A. OWENS JR.

18

19                                             By:    /s/ Toni White
                                                      TONI WHITE
20                                                    Counsel for SEQUOIYA D. HARRIS

21

22
                                      **ORDER**
23
         IT IS SO FOUND AND ORDERED.
24
         Dated:  July 13, 2017
25

26

27                                            KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
28

Stipulation & [Proposed] Protective Order              4
U.S. v. Harris, et al. 2:17-CR-00071 JAM