Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JOHN OWENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN OWENS<br>Defendants. | Case No. 2:17-CR-00071-JAM<br><br>**STIPULATION AND ORDER** |

Defendant John A. Owens, Jr., by and through his counsel, Kresta Daly, and the Government, by and through its counsel, Christopher S. Hales, hereby stipulate as follows:

1. This matter was set for sentencing on December 10, 2019.

2. By this stipulation, the parties now wish to move this sentencing to February 4, 2020 at 9:15 a.m.

IT IS SO STIPULATED.

Dated: December 6, 2019.     Respectfully submitted,

By /s/ Kresta Nora Daly
　　Kresta Nora Daly
　　Attorneys for John Owens

{00029960}

STIPULATION AND [PROPOSED] ORDER　　　　　-1-　　　　　[Case No. 2:17-CR-00071-JAM]

Dated: December 6, 2019.                Respectfully submitted,

                                        By     /s/ Kresta Nora Daly for
                                               Christopher Hales
                                               Assistant United States Attorney

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The December 10, 2019 sentencing shall be continued until February 4, 2020, at 9:15 a.m.

Dated: 12/6/2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA